AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Nephtali De Leon<br><br>*Plaintiff(s)*<br>v.<br>City of San Antonio, Texas<br>&<br>Krystal Jones<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 5:24-cv-00849-XR<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Krystal Jones
Executive Director
City of San Antonio Department of Arts & Culture
P.O. Box 839966
San Antonio, TX 78283-3966

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Casey B. Norman
New Civil Liberties Alliance
1225 19th St. NW, Suite 450
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  PHILIP J. DEVLIN

Date: 08/07/2024

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:24-cv-00849-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                             _____
                                                 *Server's signature*

                                                 _____
                                                 *Printed name and title*

                                                 _____
                                                 *Server's address*

Additional information regarding attempted service, etc:

See Attached Return of Service

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
San Antonio Division-Western District of Texas

Case Number: 5:24-CV-00849

Plaintiff:
**NEPHTALI DE LEON**

vs.

Defendant:
**CITY OF SAN ANTONIO, TEXAS, and KRYSTAL JONES, Executive Director of :
the Department of Arts and Culture of the :
City of San Antonio, in her official and :
individual capacities**

For:
Casey B Norman
New Civil Liberties Alliance
1225 19th Street NW Suite 450
Washington, DC 20036

Received by Cynthia Grant on the 9th day of August, 2024 at 8:40 am to be served on **Krystal Jones, 115 Plaza De Armas Suite 102, Executive Director Of City Of San Antonio Department Of Arts & Culture, San Antonio, Bexar County, TX 78205.**

I, Cynthia Grant, being duly sworn, depose and say that on the **12th day of August, 2024 at 9:16 am,** I:

**EXECUTED** by delivering to, Krystal Jones, a true copy of the **.Summons and Complaint** with the date of service endorsed thereon by me, and delivered personally to: **Laura Emswiler**, **Legal** at the address of: **203 S. St. Mary's Street 2nd Floor, San Antonio, Bexar County, TX 78283**, who is authorized to accept service for **Krystal Jones.**

I am over eighteen, not a party to nor interested in the outcome of the above numbered suit and that I am authorized to serve civil process. I have personal knowledge of the facts set forth in the foregoing affidavit and declare that the statements therein contained are true and correct. I am familiar with the Rules of Civil Procedure. I have never been convicted of a Felony or Misdemeanor involving Moral Turpitude.

NOTARY PUBLIC IN AND FOR
THE STATE OF ____Texas____

Subscribed and Sworn to before me on
the ____ day of __August__ 2024
by the affiant who is personally known to me.

NOTARY PUBLIC

CARL HARTFIELD, JR.
Notary Public, State of Texas
Comm. Expires 02-18-2028
Notary ID 132363510

Cynthia Grant
PSC-11614  Exp: 8/31/2024

Central Texas Litigation Support
7215 Bosque Blvd.
Waco, TX 76710
(254) 399-9400

Our Job Serial Number: ALN-2024006270
Ref: 2402354



Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Nephtali De Leon

*Plaintiff(s)*

v.

City of San Antonio, Texas
&
Krystal Jones

*Defendant(s)*

Civil Action No. 5:24-cv-00849-XR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of San Antonio, Texas
P.O. Box 839966
San Antonio, TX 78283-3966

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Casey B. Norman
New Civil Liberties Alliance
1225 19th St. NW, Suite 450
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 08/07/2024

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:24-cv-00849-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                Server's signature

                                _____
                                Printed name and title

                                _____
                                Server's address

Additional information regarding attempted service, etc:

**See Attached Return of Service**

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
San Antonio Division-Western District of Texas

Case Number: 5:24-CV-00849

Plaintiff:
**NEPHTALI DE LEON**

vs.

Defendant:
**CITY OF SAN ANTONIO, TEXAS, and KRYSTAL JONES, Executive Director of :
the Department of Arts and Culture of the :
City of San Antonio, in her official and :
individual capacities**

For:
Casey B Norman
New Civil Liberties Alliance
1225 19th Street NW Suite 450
Washington, DC 20036

2402353

Received by Cynthia Grant on the 9th day of August, 2024 at 8:40 am to be served on **City Of San Antonio Mayor: RON NIRENBERG, 100 Military Plaza, San Antonio, Bexar County, TX 78205**.

I, Cynthia Grant, being duly sworn, depose and say that on the **12th day of August, 2024 at 9:14 am**, I:

**EXECUTED** by delivering to, City Of San Antonio Mayor: RON NIRENBERG, a true copy of the **.Summons and Complaint** with the date of service endorsed thereon by me, and delivered personally to: **Laura Emswiler**, **Legal** at the address of: **203 S. St. Mary's Street 2nd Floor, San Antonio, Bexar County, TX 78283**, who is authorized to accept service for City Of San Antonio Mayor: RON NIRENBERG.

I am over eighteen, not a party to nor interested in the outcome of the above numbered suit and that I am authorized to serve civil process. I have personal knowledge of the facts set forth in the foregoing affidavit and declare that the statements therein contained are true and correct. I am familiar with the Rules of Civil Procedure. I have never been convicted of a Felony or Misdemeanor involving Moral Turpitude.

NOTARY PUBLIC IN AND FOR
THE STATE OF ____Texas____

Subscribed and Sworn to before me on
the ____21____ day of ____August____, 2024
by the affiant who is personally known to me.

_____
NOTARY PUBLIC

CARL HARTFIELD, JR.
Notary Public, State of Texas
Comm. Expires 02-18-2028
Notary ID 132363510

Cynthia Grant
PSC-11614 Exp: 8/31/2024

Central Texas Litigation Support
7215 Bosque Blvd.
Waco, TX 76710
(254) 399-9400

Our Job Serial Number: ALN-2024006269
Ref: 2402353

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Nephtali De Leon<br><br>*Plaintiff(s)*<br>v.<br>City of San Antonio, Texas<br>&<br>Krystal Jones<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 5:24-cv-00849-XR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  City of San Antonio, Texas
P.O. Box 839966
San Antonio, TX 78283-3966

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Casey B. Norman
New Civil Liberties Alliance
1225 19th St. NW, Suite 450
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 08/07/2024                                    _____
                                                    *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:24-cv-00849-XR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                            *Server's signature*

                            _____
                            *Printed name and title*

                            _____
                            *Server's address*

Additional information regarding attempted service, etc:

**See Attached Return of Service**

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
San Antonio Division-Western District of Texas

Case Number: 5:24-CV-00849

Plaintiff:
**NEPHTALI DE LEON**

vs.

Defendant:
**CITY OF SAN ANTONIO, TEXAS, and KRYSTAL JONES, Executive Director of :**
the Department of Arts and Culture of the :
City of San Antonio, in her official and :
individual capacities

For:
Casey B Norman
New Civil Liberties Alliance
1225 19th Street NW Suite 450
Washington, DC 20036

Received by Cynthia Grant on the 9th day of August, 2024 at 8:40 am to be served on **City Of San Antonio Deputy City Attorney: DEBORAH LYNNE KLEIN, 203 S. St. Mary's Street 2nd Floor, San Antonio, Bexar County, TX 78283.**

I, Cynthia Grant, being duly sworn, depose and say that on the **12th day of August, 2024 at 9:14 am,** I:

**EXECUTED** by delivering to, City Of San Antonio Deputy City Attorney: DEBORAH LYNNE KLEIN, a true copy of the .Summons and Complaint with the date of service endorsed thereon by me, and delivered personally to: **Laura Emswiler, Legal** at the address of: **203 S. St. Mary's Street 2nd Floor, San Antonio, Bexar County, TX 78283,** who is authorized to accept service for **City Of San Antonio Deputy City Attorney: DEBORAH LYNNE KLEIN.**

I am over eighteen, not a party to nor interested in the outcome of the above numbered suit and that I am authorized to serve civil process. I have personal knowledge of the facts set forth in the foregoing affidavit and declare that the statements therein contained are true and correct. I am familiar with the Rules of Civil Procedure. I have never been convicted of a Felony or Misdemeanor Involving Moral Turpitude.

NOTARY PUBLIC IN AND FOR
THE STATE OF ___Texas___

Subscribed and Sworn to before me on
the _13_ day of _August_, _2024_
by the affiant who is personally known to me.

_____
NOTARY PUBLIC

CARL HARTFIELD, JR.
Notary Public, State of Texas
Comm. Expires 02-18-2028
Notary ID 132363510

_____
Cynthia Grant
PSC-11614  Exp: 8/31/2024

Central Texas Litigation Support
7216 Bosque Blvd.
Waco, TX 76710
(254) 399-9400

Our Job Serial Number: ALN-2024006264
Ref: 2402352


Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a