IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **NEPHTALI DE LEON**, | : |
| *Plaintiff*, | : |
| v. | : Case No. 5:24-cv-00849 |
| **CITY OF SAN ANTONIO, TEXAS,** | : |
| & | : |
| **KRYSTAL JONES**, | : |
| *Defendants*. | : |

## PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE

Plaintiff Nephtalí De León respectfully moves for a continuance of the Court's status conference and hearing, currently scheduled for December 17, 2024, until January 7, 2025. Defendants consent to the relief sought by this motion. In support of this motion, Plaintiff states as follows:

1. On October 8, 2024, the Court issued an Order scheduling a status conference and hearing on all pending motions in this action for December 5, 2024. Doc. No. 17.

2. On October 11, 2024, the Court ordered that the conference and hearing be rescheduled to December 10, 2024 due to a potential scheduling conflict of counsel for Defendants. Doc. No. 22.

3. Plaintiff learned today, December 6, 2024, that the conference and hearing have been rescheduled to December 17, 2024.

4. Due to a long-planned vacation scheduled for the week of December 16-20, 2024, lead counsel for Plaintiff would be unable to attend the December 17, 2024 status conference and hearing.

5. It is Plaintiff's understanding that the Court's next available date for the status conference and hearing is January 7, 2025. Plaintiff's counsel would be available on that date.

6. Defendants consent to the continuance sought by this motion.

For the foregoing reasons, Plaintiff respectfully moves for a continuance of the status conference and hearing until January 7, 2025.

December 6, 2024

Respectfully submitted.

/s/ Casey Norman
Casey Norman (5772199)
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Drive, Suite 300
Arlington, Virginia 22203
(202) 869-5210
Casey.Norman@ncla.legal

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that, on December 6, 2024, a true and correct copy of the foregoing was filed with the United States District Court for the Western District of Texas and electronically served on all counsel of record via the District's ECF system.

/s/ Casey Norman
Casey Norman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **NEPHTALI DE LEON**, | : |
| *Plaintiff*, | : |
| v. | : |
| | : Case No. 5:24-cv-00849-XR |
| **CITY OF SAN ANTONIO, TEXAS**, | : |
| & | : |
| **KRYSTAL JONES**, | : |
| *Defendants*. | : |

## ORDER

On this date, the Court considered Plaintiff's unopposed motion for a continuance of the December 17, 2024 status conference and hearing until January 7, 2025. The Court will GRANT the motion for a continuance. The status conference and hearing on all pending motions is now scheduled for **January 7, 2025**.

So ORDERED and SIGNED on this _____ day of December, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1