UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NEPHTALI DE LEON,<br><br>　　*Plaintiff*,<br><br>v.<br><br>CITY OF SAN ANTONIO, KRYSTAL JONES, EXECUTIVE DIRECTOR OF THE DEPARTMENT OF ARTS AND CULTURE OF THE CITY OF SAN ANTONIO, IN HER OFFICIAL AND INDIVIDUAL CAPACITIES;<br><br>　　*Defendants*. | §<br>§<br>§<br>§ 　Civil Action No. SA-24-CV-00849-XR<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER RESETTING STATUS CONFERENCE
AND HEARING ON ALL PENDING MOTIONS**

　　On this day the Court considered the status of this case. This case is reset for an in-person status conference and hearing on all pending motions, if any, on **Tuesday, December 17, 2024** at **1:30 p.m.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. The parties should be prepared to discuss all pending motions.

　　It is so **ORDERED**.

　　**SIGNED** December 6, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE